

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00584-CV

**TITLE SOURCE, INC.**, Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.**, f/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the trial court's December 10, 2021 Order Granting HouseCanary, Inc.'s Amended Motion to Seal Trial Exhibits and RENDER judgment denying HouseCanary, Inc.'s Amended Motion to Seal Trial Exhibits. We ORDER appellee HouseCanary, Inc., f/k/a Canary Analytics, Inc. to pay the costs of this appeal.

SIGNED March 15, 2023.

_____
Beth Watkins, Justice